

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00346-CV

| | | |
|---|---|---|
| City of Forest Hill, Texas, and Brigette Mathis | § | From the 153rd District Court |
| | § | of Tarrant County (153-290222-17) |
| v. | § | July 12, 2018 |
| | § | Opinion by Justice Meier |
| Michielle Benson, in her official capacity and individually | § | Dissent by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants City of Forest Hill, Texas, and Brigette Mathis shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier